IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Patricia Williams, as Guardian of James Williams, a disabled person,<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Village of Bensenville, Joseph Melone, Brandon Reynolds, and Aaron Cha,<br>　　　　　　Defendants. | No. 19 CV 2749<br><br><br>JURY DEMANDED. |

**FIRST AMENDED COMPLAINT**

Plaintiff Patricia Williams, as Guardian of James Williams, a disabled person, alleges as follows:

1.　　This is a civil action arising under 42 U.S.C. § 1983. The jurisdiction of this Court is conferred by 28 U.S.C. § 1343 and § 1367.

2.　　Plaintiff Patricia Williams is the mother of James Williams. An Illinois circuit judge deemed James Williams to be a disabled adult, and has granted Patricia Williams guardianship over him. Patricia brings this suit in her capacity as James's court-appointed guardian.

3.　　Patricia Williams and James Williams are residents of this judicial district.

4.　　Defendant Village of Bensenville is a municipal corporation with its principal office in this judicial district.

5.　　Defendant Village of Bensenville employs a force of sworn peace officers, including defendants Joseph Melone, Brandon Reynolds, and Aaron Cha.

6. At all times mentioned herein, defendants Joseph Melone, Brandon Reynolds, and Aaron Cha were acting with color of law and within the scope of their employment. Plaintiff sues each officer in his individual capacity. Plaintiff additionally asserts state law claims against each officer for battery.

7. Plaintiff asserts a state law claim against defendant Village of Bensenville based on the doctrine of respondeat superior for battery. Plaintiff also joins the Village of Bensenville as the indemnitor of the individual officers on plaintiff's federal claims.

8. On March 20, 2019, plaintiff Patricia Williams called 911 requesting that paramedics transport James Williams to a hospital because he was experiencing a mental health crisis.

9. Defendants Joseph Melone, Brandon Reynolds, and Aaron Cha responded to the call, and entered the Williams residence.

10. Inside the Williamses' home, defendants Joseph Melone, Brandon Reynolds, and Aaron Cha used excessive and unreasonable force against James Williams without legal justification and in violation of his Fourth Amendment rights. The individual officers additionally failed to intervene to stop or prevent each other from using excessive and unreasonable force, also without legal justification and in violation of James Williams's Fourth Amendment rights.

11. In particular, defendants Joseph Melone, Brandon Reynolds, and Aaron Cha physically attacked James Williams without lawful justification when he posed no threat to them, causing numerous injuries, including a comminuted

2

fracture of his right humerus, which necessitated surgery.

12. More specifically, after observing James Williams "speaking uncontrollably" in his home, defendants needlessly tackled him to the ground and pulled his arms behind him with such force as to break his arm. Defendant Joseph Melone additionally deployed a Taser on James Williams when he was not resisting and posed no threat, causing physical injury and pain and suffering.

13. Plaintiff demands trial by jury.

WHEREFORE plaintiff requests that judgment be entered in her favor and against all defendants as compensatory damages, in an amount to be determined by the trier of fact, and, additionally, for an award of punitive damages in an amount to be determined by the trier of fact against each of the individual defendants.

By: /s/ John K. Kennedy
**JOHN K. KENNEDY**
**DANIEL WATKINS, II**
Kennedy Watkins LLC
One North State Street, Suite 1500
Chicago, IL 60602
(312) 448-8181
jkennedy@kwlawchicago.com
dwatkins@kwlawchicago.com

3