# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Patricia Williams, as Guardian of
James Williams, a disabled person,
        Plaintiff,

v.

No. 19 CV 2749

Village of Bensenville, et al.,
        Defendants.

## PARTIES' JOINT MOTION FOR EXTENSION OF TIME
## TO COMPLETE FACT DISCOVERY

Plaintiff and defendants, by their respective counsel, jointly move this Court for an extension of time of 120 days, to and including October 23, 2020, to complete fact discovery. In support, the parties state as follows:

1. This case involves allegations of excessive force in violation of the Fourth Amendment. The parties have exchanged initial disclosures and written discovery in this matter. In addition, defense counsel has issued subpoenas duces tecum on plaintiff's ward's medical providers.

2. On February 4, 2020, this Court entered a minute order which set a June 26, 2020, deadline for the parties to complete all fact discovery, exclusive of treating physicians. Plaintiff desires to take the depositions of all defendants, and responding paramedics, and defendant desires to take the depositions of plaintiff and plaintiff's ward.

3. The parties anticipated completing these depositions in the months of May and June, 2020.

4. However, the parties have been unable to complete these crucial depositions due to the SARS-CoV-2/COVID-19 outbreak because preparing one's clients for deposition, and taking depositions, involves close personal contact.

5. Counsel have considered whether these depositions could be taken remotely via tools of technology, but have been unable to reach a unanimous agreement to proceed with remote depositions in this particular case, and therefore mutually desire to take them in person when the public health situation permits.

6. In addition, defense counsel is still waiting on IDHS to produce records pursuant to the subpoena duces tecum issued to it.

WHEREFORE, the parties respectfully ask this Court to grant this motion for an extension of time to and including October 23, 2020, to complete fact discovery.

Respectfully submitted,

| | | |
|---|---|---|
| By: | /s/ John K. Kennedy<br>John K. Kennedy<br>Kennedy Watkins LLC<br>One North State Street, Suite 1500<br>Chicago, IL  60602<br>(312) 448-8181<br>jkennedy@kwlawchicago.com | /s/ Erik A. Krumdick<br>Erik A. Krumdick<br>Maisel & Associates<br>161 N. Clark St., Suite 800<br>Chicago, IL  60601<br>(312) 458-6534<br>ekrumdic@travelers.com |